UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 4:06CR648-DJS |
| ) | |
| **CRYSTAL R. WOMACK,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #23] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements [Doc. #17] is denied.

Dated this ___4th___ day of January, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE